**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:05CV134**

| | | |
|---|---|---|
| **WESTVIEW CHRISTIAN CHURCH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **CHURCH DEVELOPMENT FUND, INC.;** | ) | |
| **STADIA: NEW CHURCH STRATEGIES,** | ) | |
| **INC.; DAVID CHAPMAN; and** | ) | |
| **GREG MARKSBERRY,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

     **THIS MATTER IS BEFORE THE COURT** on its own motion pursuant to the Initial Pretrial Conference conducted Wednesday, May 18, 2005. Based upon the discussion at the conference, the Court notes that there is pending at this time a Motion to Stay Pending Arbitration filed by the Defendants. In light of the pendency of that important motion, the Court in its discretion will not issue its usual Pretrial Order and Case Management Plan at this time. Once the motion for stay has been decided, the Court will consider at that time, if relevant, the issuance of a pretrial order in the case.

     **SO ORDERED.**

**Signed: May 18, 2005**

David C. Keesler
United States Magistrate Judge